**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **FELIX RAMIREZ SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-617-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On December 12, 2025, the Court granted in part Felix Ramirez Sanchez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 12, 2025, Order 3, ECF No. 5. Respondents have now informed the Court that, on December 19, an Immigration Judge ("IJ") ordered Ramirez Sanchez to be released from custody on a $6,000.00 bond. Notice, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1. But, "[a]s of December 19, 2025, Petitioner has not posted bond." Notice.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Dec. 12, 2025, Order. Accordingly, **the Clerk shall close the case**. To the extent Ramirez Sanchez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 22nd day of December, 2025.

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE